JRUS

*NOT FOR PUBLICATION*
*NOT POSTED ON WEBSITE*

FILED

JUN 24 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>MICHAEL CAGER,<br><br>      Debtor.<br>_____<br>MICHAEL CAGER,<br><br>      Plaintiff,<br>v.<br><br>ONEWEST BANK, FSB, et al.<br><br>      Defendants.<br>_____ | Case No. 10-32164-E-13L<br><br><br><br><br><br><br><br>Adv. Pro. No. 11-2223-E<br><br>DCN: RAH-8 |

**MEMORANDUM OPINION ON DEBTOR'S MOTION FOR LEAVE
TO FILE A FIRST AMENDED COMPLAINT**

Michael Cager, the Debtor-Plaintiff, filed a complaint on April 5, 2011. Defendants OneWest Bank and Indymac filed a Motion to Dismiss on April 12, 2011. Plaintiff now seeks leave to file a first amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(2), as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7015, Plaintiff could have filed a first amended complaint as a matter of course within 21 days after service of Defendant's Motion to Dismiss. As such, the

Motion for Leave to Amend could be denied as moot.

However, by filing the motion, the 21-day right to amended period has expired. To afford Defendant his right to one amendment as a matter of course, the motion is granted. The court has not reviewed the proposed amended complaint and is not ruling on its merits.

Dated: June 24, 2011

RONALD H. SARGIS, Judge
United States Bankruptcy Court

**CERTIFICATE OF MAILING**

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that the attached document(s) was served by mail to the following entities listed at the address(es) shown below:

Service List:

Richard Hall
PO Box 237
Auburn, CA 95604

Michael Cager
4413 Winje Dr
Antelope, CA 95843

Yale Kim
515 S. Figueroa St., 9th Floor
Los Angeles, CA 90071

Lawrence Loheit
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

DATE: 6/27/11

_____
Deputy Clerk